**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
DSMC, INCORPORATED,            )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 01-2284 (EGS)
                               )
CONVERA CORPORATION,           )
                               )
          Defendant.           )
_____)
```

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant Convera Corporation's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that summary judgment is granted as to Count III (DMCA), Count VII (civil conspiracy), and Count VIII (VBCA) of the Third Amended Complaint and those claims are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that summary judgment is denied as to Count I (misappropriation of trade secrets) and Count II (copyright infringement) of the Third Amended Complaint; and it is

**FURTHER ORDERED** that pretrial proceedings shall commence pursuant to a separate Order issued this same day.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 27, 2007**